# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| SHARON M. SMITH, | : | Bankruptcy No. 07-15516DWS |
| aka Sharon Nicholson, | : | |
| Debtor. | : | |
| | | |
| UNITED STATES OF AMERICA, | : | Adversary No. 07-0424 |
| Plaintiff, | : | |
| v. | : | |
| SHARON M. SMITH, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 8th day of December 2008, upon consideration of Debtor/Defendant Sharon M. Smith's (the "Debtor") Motion to Dismiss Complaint to Determine Dischargeability (the "Motion") filed by the United States of America (the "Government"), after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion; it is hereby **ORDERED** that:

1. The date for effecting service of the Complaint is extended until July 21, 2008;

2. Debtor is directed to answer the Complaint within twenty (20) days of the date of this Order.

*Diane W. Sigmund*

DIANE WEISS SIGMUND
United States Bankruptcy Judge